# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| **JENNIFER DEROGATIS**, each individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>**RUSHMORE LOAN MANAGEMENT SERVICES, LLC,**<br><br>Defendant. | Case No.: 3:22-cv-00041-ZNQ-TJB<br><br>Judge Zahid N. Quraishi<br><br>Magistrate Judge Tonianne J. Bongiovanni |

So Ordered this 4th day of April, 20 23

_____
Hon. Zahid N. Quraishi
United States District Judge

## STIPULATION OF DISMISSAL

Plaintiff Jennifer DeRogatis ("Plaintiff") and Defendant Rushmore Loan Management Services, LLC ("Defendant") through their respective counsel and pursuant to Fed. R. Civ. P. 41, stipulate and agree that Plaintiff's Complaint is hereby dismissed with prejudice solely as to Plaintiff's individual claims against Defendant and without prejudice as to Plaintiff's class claims against Defendant, as no class action was certified. Each party shall bear its own court costs and attorney's fees.

Respectfully submitted,

/s/ Javier L. Merino, Esq.
Javier L. Merino #078112014
**THE DANN LAW FIRM, PC**
1520 U.S. Highway 130, Suite 101
North Brunswick, NJ 08902
Telephone: 216-373-0539
Facsimile: 216-373-0536
notices@dannlaw.com

*Counsel for Plaintiff Jennifer DeRogatis*

/s/ Joseph N. Froehlich (via consent 4/3/2023)
Joseph N. Froehlich (044 921 996)
LOCKE LORD LLP
Brookfield Place
200 Vesey Street
20th Floor
New York, NY 10281-2101
Telephone: 212-415-8600
Fax: 212-303-2754
Jfroehlich@lockelord.com

*Attorney for Defendant*
*Rushmore Loan Management Services, Inc.*